# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157683(33)

JOSEPH WHITE,
   Plaintiff-Appellant,

v

             SC: 157683
             COA: 340740
DETROIT EAST COMMUNITY MENTAL  Wayne CC: 11-011126-CZ
HEALTH, MARILYN SNOWDEN, SHIRLEY
CALHOUN, DORIS STERREH, and GATEWAY
COMMUNITY HEALTH PROVIDER,
   Defendants-Appellees.
_____/

   On order of the Chief Justice, the motion of plaintiff-appellant to waive the statutory filing fees is DENIED. The fee must be paid by June 6, 2018, or the application will be administratively dismissed. MCR 7.317.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2018



          Clerk